UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
R.R.M.C.,

                 Petitioner,

      -against-

THOMAS DECKER, et al.,

                 Respondents.
------------------------------------------------------------- X

22 Civ. 2952 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 30, 2022, the Court granted Petitioner's motion to enforce the parties' prior stipulated judgment and ordered Respondents to hold a new bond hearing and release Petitioner unless certain findings were made on the record;

WHEREAS, according to the status letter filed November 4, 2022, Respondents have now complied with the judgment in full.

The Clerk of Court is respectfully directed to close the case.

Dated: November 7, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE