UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
R.R.M.C.,                                                    :
                                  Petitioner,                :
                                                             :         22 Civ. 2952 (LGS)
                    -against-                                 :
                                                             :              ORDER
THOMAS DECKER, et al.,                                       :
                                  Respondents. :
                                                             :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 22, 2022, a conference was held in this action to discuss a briefing schedule for an order to show cause why Petitioner's redetention is consistent with the Court's prior Orders in this case.  It is hereby

**ORDERED** that, Petitioner shall file his memorandum of law by **December 28, 2022**; Respondents shall file their opposition by **January 9, 2023**; and Petitioner shall file a reply by **January 13, 2023**.  The parties shall abide by the Court's Individual Rules governing page limits, affidavits, exhibits and other matters.

Dated:  December 23, 2022
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**