UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
R.R.M.C.,

                                   Petitioner,          22 Civ. 2952 (LGS)

                -against-                      ORDER

THOMAS DECKER, et al.,

                                Respondents.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, in an August 9, 2023, letter, Petitioner requested a conference to discuss whether his redetention in December 2022 violated the Court's prior orders;

       WHEREAS, a hearing was held on August 11, 2023, at which Petitioner sought his immediate release from detention and argument was heard;

       WHEREAS, as explained at the conference, the Government complied with the May 9, 2022, Stipulation and Order, and with the September 30, 2022, Opinion and Order.  It is hereby

       **ORDERED** that Petitioner's request for immediate release is **DENIED.**

Dated: August 11, 2023
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE